IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN HORWIT,
    Plaintiff,

vs.                                           Case No. 3:09cv206/MCR/EMT

RON MELTON and
BEST VALU COMPUTERS, LLC,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a complaint pro se and in forma pauperis pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and state law (Doc. 1). Plaintiff subsequently filed two amended complaints (*see* Docs. 5, 21). On June 14, 2010, this court entered an order giving Plaintiff thirty (30) days in which to file a third amended complaint (Doc. 46). Plaintiff failed to respond to the order; therefore, on July 23, 2010, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 48). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 18th day of August 2010.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).